1  LAW OFFICES OF LIONEL Z. GLANCY
   Lionel Z. Glancy
2  Peter A. Binkow
   1801 Avenue of the Stars, Suite 311
3  Los Angeles, CA 90067
   310/201-9150
4  310/201-9160 fax

5  Co-Liaison Counsel for Plaintiffs

6  GOODKIND LABATON RUDOFF
    & SUCHAROW LLP
7  Jonathan M. Plasse
   Sameer Rastogi
8  100 Park Avenue
   New York, New York 10017
9  212/907-0700
   212/818-0477 fax

10 Lead Counsel for Plaintiffs

11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14 ROBERT JACOBS, TIFFANY LEWIN,         ) Case No. 97-2139 WJR (MCx)
   JAMES CAVE, TED HANDEL, MARK          )
15 DURANTE, DAVID LANDRY and             ) Consolidated With:
   SERGIO SMIRIGLIA, individually and on )
16 behalf of all others similarly situated, ) Case No. 97-3045 WJR (MCx)
                                          ) Case No. 97-3196 WJR (MCx)
17              Plaintiffs,               ) Case No. 97-4086 WJR (MCx)
                                          ) Case No. 97-6886 WJR (MCx)
18       v.                               )
                                          ) Date:  November 19, 1999
19 CRAIG CONSUMER ELECTRONICS. INC., ) Time:  10:00 a.m.
   RICHARD I. BERGER, DONNA              ) Courtroom: Hon. William J. Rea
20 RICHARDSON, PETER BEHRENDT,           )
   RICHARD MILLER, BERNARD TARAN,        )
21 JAMES KOBLENSKY, THE BOSTON           )
   GROUP, L.P., and ARTHUR ANDERSEN      )
22 LLP,                                  )
                                          )
23              Defendants.               )
   _____)

25        [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION

391961v1
11/17/99 10:22

1  This matter having come before the Court on November 19, 1999, on the
2  application of Settlement Counsel for approval of the Plan of Allocation of net settlement
3  proceeds in the above-captioned action; the Court having considered all papers filed and
4  proceedings had herein and otherwise being fully informed in the premises;

5  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

6  1.  For purposes of this Order, the terms used herein shall have the meanings
7  set forth in the Stipulation of Settlement dated as of March 17, 1999 ("Stipulation").

8  2.  Pursuant to and in full compliance with Rule 23 of the Federal Rules of
9  Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed
10 to all Persons and entities who are Settlement Class Members, advising them of the Plan of
11 Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all
12 Persons and entities who are Settlement Class Members to be heard with respect to the Plan of
13 Allocation.

14 3.  The Court hereby finds and concludes that the formula for the calculation
15 of the Claims of Authorized Claimants which is set forth in the Memorandum in Support of
16 Plaintiffs' Motion For Final Approval of the Settlement and Plan of Allocation, filed herewith,
17 and in the Notice of Pendency, Class Certification and Settlement of Class Action, and
18 Application for Attorney Fees ("Notice") sent to Settlement Class Members, provides a fair and
19 reasonable basis upon which to allocate the proceeds of the Settlement Fund established by the
20 Stipulation among the Settlement Class Members. This Court hereby finds and concludes that
21 the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court
22 hereby approves the Plan of Allocation.

23 **IT IS SO ORDERED.**

24 Dated: 11-29-99

   THE HONORABLE WILLIAM J. REA
25 UNITED STATES DISTRICT JUDGE

391961v1
11/17/99 10:22

2

Submitted by:

Goodkind Labaton Rudoff & Sucharow LLP

_____
Jonathan M. Plasse
Sameer Rastogi

391961v1
11/17/99 10:22

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 23, 1999, I served the following:

**1) [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION;**

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

### SEE SERVICE LIST

Executed on November 23, 1999, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Daniel C. Rann    CRAIG

SERVICE LIST

<u>Robert Jacobs v. Craig Consumer Electronics, Inc., et al.</u>
<u>Tiffany Lewin v. Craig Consumer Electronics, Inc., et al.</u>
<u>James Cave v. Craig Consumer Electronics, Inc., et al.</u>
<u>Ted Handel and David Landry v. Craig Consumer Electronics, Inc., et al.</u>
<u>Sergio Smiriglia v. Craig Consumer Electronics, Inc., et al.</u>

For Plaintiffs

GOODKIND, LABATON, RUDOFF & SUCHAROW
Jonathan Plasse
100 Park Avenue
New York, New York   10017

HANZMAN, CRIDEN, KORGE, HERTZBERG & CHAYKIN
Michael E. Criden
200 South Biscayne Boulevard
Miami, Florida   33131

GOODKIND LABATON RUDOFF & SUCHAROW LLP
Emily C. Komlossy
2455 E. Sunrise Blvd.
Suite 813
Ft. Lauderdale, Florida   33304

ABBEY, GARDY & SQUITIERI, LLP
Nancy Kaboolian
212 East 39th Street
New York, New York   10016
Telephone:   (212) 889-3700

CORINBLIT & SELTZER, P.C.
Marc M. Seltzer (54534)
3700 Wilshire Boulevard, Suite 820
Los Angeles, California   90010-3085
Telephone:   (213) 380-4200

FARUQI & FARUQI, LLP
Nadeem Faruqi
415 Madison Avenue, 21st Floor
New York, New York   10017
Telephone:   (212) 490-9550

LAW OFFICES OF CURTIS V. TRINKO
Curtis V. Trinko
310 Madison Avenue, 14th Floor
New York, New York   10016
Telephone:   (212) 490-9550

```
WOLF HALDENSTEIN ADLER FREEMAN
  & HERZ LLP
Fred T. Isquith
270 Madison Avenue
New York, New York  10016
Telephone: (212) 545-4600

BROWNE & WOODS LLP
Allan Browne
James D. Kozmor
450 N. Roxbury Drive 7th Floor
Beverly Hills, CA  90210
Telephone:     (310) 274-7100

SIROTA & SIROTA
Howard Sirota
747 Third Avenue
New York, New York  10017
Phone:     (212) 759-5555

BACHNER & GEHN
Michael F. Bachner
805 Third Avenue 9th Floor
New York, New York 10017
Phone:     (212) 888-6560
```

<u>For Defendants</u>

```
Jeffrey D. Warren
Squire Sanders Dempsey
40 North Central Ave
Suite 2700
Phoenix, Arizona 85004

Attorneys For Defendants Craig Consumer Electronics, Inc.
Richard I. Berger, Donna Richardson, Peter Behrendt, Richard
Miller


Phillip Davis
Kathleen M. Ratz
Sheppard, Mullin, Richter & Hampton
333 South Hope Avenue
Forty-Eighth Floor
Los Angeles, California  90071

Attorneys For Defendant The Boston Group, Inc.
```

2

Cliff Fridkis
David L. Wintroub
Wintroub & Fridkis
2040 Avenue of the Stars
Suite 400
Los Angeles, CA   90067-4713

Attorneys for Defendants Bernard Taran and James Koblensky

Miles N. Ruthberg
Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles, California   90071

Attorneys for Defendants Arthur Andersen LLP

Cheryl Justice
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, California   90071-3197

Attorneys for Defendant Richard D. Miller